**Frank GARCIA, Appellant.**

v.

**The STATE of Texas, Appellee.**

No. 28741.

Court of Criminal Appeals of Texas.

Jan. 9, 1957.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The offense is driving while intoxicated; the punishment, 100 days in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.